## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE


**Bert John Allen, III**

    v.                                    Case No. 05-cv-109-PB

**American Federation of
Government Employees
AFL-CIO, et al.**


### NOTICE OF RULING


    **Re:  Document No. 49, Defendants' Opposition to
Plaintiff's Motion for de novo Review with
Motion to Amend (Doc. No. 42)**


    **Ruling:**  All pending motions are denied without prejudice.
Defendants shall file a motion to dismiss for lack of venue and a
motion to dismiss for failure to exhaust administrative remedies.
These motions shall be filed on or before July 8, 2005.  Plaintiff
shall file objections to the motions on or before July 27, 2005.
Discovery shall be stayed and no further motions shall be filed
until further order of the court.


    Entered by:  Paul Barbadoro, District Judge

    Date:  June 29, 2005


cc:  Bert John Allen, III
    Mary T. Sullivan, Esq.