UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Bert John Allen, III</u>

    v.                      Case No. 05-cv-109-PB

<u>American Federation of
Government Employees AFL-CIO, et al</u>


NOTICE OF RULING


     Ruling: No further pleadings shall be filed until I rule on the pending motions.


Entered by:   Paul Barbadoro, U.S. District Judge

Date:   August 2, 2005

cc:   Bert John Allen, III, pro se
      Mary T. Sullivan, Esq.