```
                                        U.S. DISTRICT COURT
                                         DISTRICT OF N.H.
                                              FILED
```

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

2005 AUG 26 P 3: 11

Bert John Allen, III

v.                                        Civil No. 05-cv-109-PB

American Federation of Government
Employees AFL-CIO, et al

## ORDER

Bert John Allen, III having failed to comply with the court's Order dated August 2, 2005, the Motion for Pretrial (document #73), Motion to Lift Stay on Interrogatories (document #74), and Discovery Plan (document #75) are herewith stricken and returned to the filer.

SO ORDERED.

August 26, 2005

Paul Barbadoro
Chief Judge

cc: Bert John Allen, III, pro se
    Mary T. Sullivan, Esq.